No. 90. HENSLEE, COLLECTOR OF INTERNAL REVENUE, v. UNION PLANTERS BANK & TRUST CO. ET AL. C. A. 6th Cir.; and

No. 116. FOGEL v. UNITED STATES. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* for petitioner in No. 90. *Maury Hughes* for petitioner in No. 116. *Roane Waring* for respondents in No. 90. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States in No. 116. Reported below: No. 90, 166 F. 2d 993; No. 116, 167 F. 2d 763.

No. 118. PETTI v. UNITED STATES. C. A. 2d Cir. Certiorari granted. *Edward Halle* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. 

No. 143. KRULEWITCH v. UNITED STATES. C. A. 2d Cir. Certiorari granted limited to question "3" presented by the petition for the writ, *i. e.*, whether it was prejudicial and reversible error for the trial court to receive in evidence, over objection, important alleged declarations of a co-conspirator after the termination of the alleged conspiracy and not in furtherance thereof. *Jacob W. Friedman* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States. 

No. 168. CITY OF NEW YORK v. SAPER, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari granted. *John P. McGrath* and *Isaac C. Donner* for petitioner. 

No. 191. SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES ET AL. v. LILLEFLOREN ET AL.